424 A.2d 539

Commonwealth v. Prince, Appellant.

Submitted April 12, 1979.  Patrick McFalls, Assistant Public Defender, for appellant;  Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

The order dismissing appellant's P.C.H.A. petition is affirmed.